## Paul K. WATSON,
*Respondent - Cross-Appellant,*

*v.*

## KLAMATH COUNTY,
*Appellant - Cross-Respondent,*

*and*

## Charles TERRANOVA,
Mary Lou Terranova and Harlan Watson,
*Defendants.*

(8902595-CV; CA A69146)

827 P2d 207

Michael L. Spencer, Klamath Falls, argued the cause and filed the brief for appellant - cross-respondent.

Robert Chapman, Medford, argued the cause and filed the brief for respondent - cross-appellant.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

In this personal injury negligence action, the trial court denied plaintiff's motion for a directed verdict. The jury returned a verdict in favor of defendant Klamath County. The trial court then granted plaintiff's motion for judgment notwithstanding the verdict against the county. County appeals.

There was evidence from which the jury could have determined that negligence of the driver of the vehicle in which plaintiff was riding was the sole cause of the accident and plaintiff's injuries. The issue was properly submitted to the jury. The trial court erred in granting the motion for judgment notwithstanding the verdict.

We affirm on plaintiff's cross-appeal.

On appeal, reversed and remanded with instructions to enter judgment on the jury verdict; affirmed on cross-appeal.